IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARTHUR G. GARNER,

    Petitioner,

  v.

WARDEN YATES,

    Respondent.
                                      /

No. C 10-01009 CW (PR)

ORDER OF TRANSFER

    Petitioner, a state prisoner, has filed a pro se petition for a writ of habeas corpus in which he challenges the execution of his sentence.

    A petition for a writ of habeas corpus filed by a state prisoner in a State that contains two or more federal judicial districts may be filed in either the district of confinement or the district of conviction. See 28 U.S.C. § 2241(d). The district court where the petition is filed, however, may transfer the petition to the other district in the furtherance of justice. See id. Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. See Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968). But if a habeas petition is directed to the manner in which a sentence is being executed, e.g., if it involves parole or time credit claims, the district of confinement is the preferable forum. See Habeas L.R. 2254-3(a); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989).

**United States District Court**
For the Northern District of California

1  Petitioner is incarcerated at Pleasant Valley State Prison,
2  which lies within the venue of the Eastern District of California.
3  See 28 U.S.C. § 84.  Because Petitioner challenges the execution of
4  his sentence, the Court hereby ORDERS that pursuant to 28 U.S.C.
5  § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of
6  justice, this petition be TRANSFERRED to the United States District
7  Court for the Eastern District of California.
8  All remaining motions are TERMINATED on this Court's docket as
9  no longer pending in this district.
10  IT IS SO ORDERED.
11  Dated: 3/26/2010



CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ARTHUR G GARNER,

        Plaintiff,

v.

YATES et al,

        Defendant.

Case Number: CV10-01009 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 26, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arthur Grady Garner D-26064
Pleasant Valley State prison
P.O. Box 8501
Coalinga, CA 93210

Dated: March 26, 2010

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk